UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAVE THOMAS, | : | **Hon. Jerome B. Simandle** |
| Petitioner, | : | Civil No. 09-5026 (JBS) |
| v. | : | |
| | : | **ORDER** |
| N.J. STATE PAROLE BD., | : | |
| Respondents. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **13th** day of **October**, **2009**,

ORDERED that Petitioner's application for leave to proceed in forma pauperis is denied; and it is further

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for failure to comply with rules governing habeas corpus pleadings; and it is further

ORDERED that this Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2); and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall enclose a blank § 2254 petition form in the envelope with these documents, and shall administratively terminate the file.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE, U.S.D.J.